IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMANDA ALLEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16-cv-51 |
| | § | MHS-JDL |
| DR. JOE DONALD HEATH, in his | § | |
| individual and official capacities, | § | |
| HANNAH HEARN, and | § | |
| NWPROPERTY MANAGEMENT, LLC | § | |
| d/b/a NWP MANAGEMENT, | § | |
| | § | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On May 6, 2016, United States Magistrate Judge John D. Love issued a Report and Recommendation, recommending that the undersigned GRANT-IN-PART and DENY-IN-PART Defendants Hannah Hearn ("Defendant" or "Ms. Hearn") and NWProperty Management, LLC's ("Defendant" or "NWP") (collectively "Defendants") Motion to Dismiss pursuant to the Texas Citizens Participation Act ("TCPA") (Doc. No. 3). (Doc. No. 52.)  Specifically, the Magistrate Judge recommended granting Defendants' motion with respect to Plaintiff's negligence claim, but recommended denying the motion with respect to Plaintiff's defamation and tortious interference claims. (Doc. No. 52, at 8–16.)  No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court, having reviewed the Magistrate Judge's findings and conclusions, is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly **ORDERED** that Defendants' Motion (Doc. No. 3) is

1

**GRANTED** with respect to Plaintiff's negligence claim and **DENIED** with respect to Plaintiff's tortious interference and defamation claims. It is further **ORDERED** that the related motion to stay (Doc. No. 14) be **DENIED** as moot.

**SIGNED this 27th day of May, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE